UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-984(ADM/AJB)

SHIMADZU CORPORATION,

Plaintiff,

**ORDER OF RECUSAL**

v.

NORTECH SYSTEMS, INC.

Defendant.

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned case.

DATED: June 6, 2001.

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED JUN 0 7 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Recusal, this case is reassigned to Judge James M. Rosenbaum and Magistrate Judge Franklin L. Noel.

Shimadzu Corporation vs. Nortech Systems, Inc.

NEW CASE NUMBER 01-984 JMR/FLN

Use this case number for all further filings.